**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1322**

———————

NICOLLE CONYERS,

            Plaintiff - Appellant,

      v.

VIRGINIA HOUSING DEVELOPMENT AUTHORITY,

            Defendant - Appellee,

      and

CHRISTINE CAVANAUGH; MARK MCBRIDE; SUSAN DEWEY,

            Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.    James R. Spencer, District Judge.  (3:12-cv-00458-JRS)

———————

Submitted:  July 18, 2013          Decided:  July 22, 2013

———————

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Nicolle Conyers, Appellant Pro Se.  Edward M. Eakin, III, MCGUIREWOODS, LLP, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicolle Conyers appeals the district court's order granting summary judgment in favor of Virginia Housing Development Authority on Conyers' discrimination and retaliation claims under Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Conyers v. Va. Hous. Dev. Auth., No. 3:12-cv-00458-JRS (E.D. Va. Feb. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED